United States Bankruptcy Court
District of Colorado

In re:                                                                Case No. 14-19912-EEB
Jason D Huffer                                                         Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 1082-1          User: admin          Page 1 of 2          Date Rcvd: Oct 23, 2014
                             Form ID: 177          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2014.
db            +Crystal Morgan,   1310 Wynkoop Drive,   Colorado Springs, CO 80909-3244
db           #+Jason D Huffer,   1310 Wynkoop Drive,   Colorado Springs, CO 80909-3244
16204927      +Bank Of America,   450 American St.,   Simi Valley, CA 93065-6285
16204929       Business Revenue Systems,   P.O. Box 137077,   Des Moines, IA  50310
16204938     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot,   PO Box 182676,   Columbus, OH  43218)
16204930      +Capital One,   PO Box 60511,   City Of Industry, CA 91716-0511
16204931      +Credit Systems Inc.,   1485 Garden of the Gods Rd W,   Colorado Springs, CO 80907-3305
16204932      +David J. Winterton,   1140 N. Town Center Dr., #120,   Las Vegas, NV 89144-0605
16204935      +General Hospital Med. Assoc.,   1030 Harrington, Ste. 101,   Mt. Clemens, MI 48043-2967
16204937      +Hague Associates,   2320 W. 49th St.,   Sioux Falls, SD 57105-6539
16204939      +Internal Medicine And Health,   37399 Garfield, Ste. 106,   Clinton Township, MI 48036-3672
16204941      +James M. Larkin, DO,   PO Box 8836,   Grand Rapids, MI 49518-8836
16204942     #+Karin Huffer,   647 Stonehenge Dr.,   Florissant, CO 80816-9431
16204944      +Medicredit,   PO BOX 411187,   St. Louis, MO 63141-3187
16204946      +Merchants & Medical Credit,   6324 Taylor Drive,   Flint, MI 48507-4685
16204947      +Mt. Clemens Regional Med Ctr.,   PO Box 3475,   Toledo, OH 43607-0475
16204948     #+Patricia Martin, Esq.,   PO Box 315,   Denver, CO 80201-0315
16204949      +Quad Billing,   40813 Tapadero Cir.,   Elizabeth, CO 80107-9215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: BKPKUBIE.COM Oct 24 2014 00:03:00      Kevin P. Kubie,   PO Box 8928,
              Pueblo, CO  81008-8928
16204925      +E-mail/Text: support@amscollections.com Oct 24 2014 00:06:10      Allen Maxwell & Silver, Inc.,
              190 Sylvan Ave.,   Englewood Cliffs, NJ 07632-2533
16204926      +E-mail/Text: banko@acsnv.com Oct 24 2014 00:07:32      Allied Collection Service,
              3080 S. Durango Dr., Ste. 208,   Las Vegas, NV 89117-9194
16204928      +EDI: BCSERVICES.COM Oct 24 2014 00:03:00      BC Services,   PO Box 1176,
              Longmont, CO 80502-1176
16204933      +EDI: RMSC.COM Oct 24 2014 00:03:00      GE Capital,   PO Box 981400,   El Paso, TX 79998-1400
16204934      +EDI: RMSC.COM Oct 24 2014 00:03:00      GECRB/Care Credit,   PO Box 965036,
              Orlando, FL 32896-5036
16204936      +E-mail/Text: bknoticing@grantweber.com Oct 24 2014 00:07:00      Grant & Weber,
              861 Coronado Center Drive, Ste. 211,   Henderson, NV 89052-3992
16204940       EDI: IRS.COM Oct 24 2014 00:03:00      Internal Revenue Service,   1999 Broadway,
              Denver, CO  80202
16204945      +E-mail/Text: rpeavler@medstarambulance.org Oct 24 2014 00:07:46      Medstar Ambulance,
              380 N. Gratiot,   Clinton, MI 48036-3123
                                                                             TOTAL: 9


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16204943     ##+Litigation Services & Techologies Of NV,   PO Box 98869,   Las Vegas, NV 89193-8869
                                                                     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2014                          Signature:  /s/Joseph Speetjens

```
District/off: 1082-1          User: admin            Page 2 of 2            Date Rcvd: Oct 23, 2014
                              Form ID: 177            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2014 at the address(es) listed below:
          David M. Serafin    on behalf of Debtor Jason D Huffer david@davidserafinlaw.com
          Kevin P. Kubie    Co28@ecfcbis.com,  ecf@kubielaw.com;kari@kubielaw.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                            TOTAL: 3
```

**Form B18_7** (Official Form 18 / COB Form 177)(12/07)

# United States Bankruptcy Court

District of Colorado
**Case No. <u>14–19912–EEB</u>**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jason D Huffer
    aka(s), if any will be listed on the last page.
    1310 Wynkoop Drive
    Colorado Springs, CO 80909

Social Security No.:
    xxx–xx–5245

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>10/23/14</u>

<u>s/ Elizabeth E. Brown</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Aliases Page

**Debtor aka(s):**

No Aliases for Debtor