UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

JASON D. HUFFER,
CRYSTAL MORGAN,

Debtors.

Bankruptcy Case No. 14 – 19912 EEB

Chapter 7

## MOTION TO WAIVE OBJECTION PERIOD
## FOR TRUSTEE REPORT

COMES NOW, Debtor Crystal Morgan in proper person, requesting that this honorable court waive the time period to object to the trustee's report and avers as follows in support thereof:

Debtor Crystal Morgan was dismissed as a party from the above captioned case by Order of this Court dated September 5, 2014. [Doc#:15]. This was due her former attorney, David Serafin, failing to list any of her debts in the original pleading. Debtor Jason Huffer had a successful discharge of his debts in October of 2014.

Debtor Crystal Morgan was currently in the process of remodifying her home loan through Bank of America using the HARP program. The loan was supposed to close on February 22, 2015, but was unable to close only due to the above captioned bankruptcy still being open despite Debtor Crystal Morgan being dismissed as a party.

Debtor Crystal Morgan found out that the case was not closed due to the trustee not filing his report yet. The trustee was waiting on information from Mr. Serafin. Debtor Crystal Morgan requested that Debtor Jason Huffer send the final information to the trustee and he did such. The trustee's report was filed on February 18, 2015, and the case will be closed on March 30, 2015, due to Debtor Crystal Morgan's efforts.

Yet Debtor Crystal Morgan cannot close on the remodification of her home until the honorable court closes this case. As all parties have been waiting since October, which is more than a reasonable amount of time for any objections to be raised. She is now separated from Mr. Huffer and is raising her child that has a disability on her own and attending law school. Without the remodification of her home loan, she will most likely be forced into foreclosure. Further, she did not receive any relieve from filing this bankruptcy with debtor Jason Huffer due to the negligence of Mr. Serafin.

WHEREFORE, Debtor Crystal Morgan prays that this honorable Court will waive the time to object to the trustee's report as already more than reasonable time has

passed to close the above case and with the case open she is unable to close on the new mortgage for her home.

Dated this 5th day of March, 2015.

Respectfully Submitted By:

*Crystal Morgan*

Crystal Morgan/Pro Se
1310 Wynkoop Drive
Colorado Springs, CO 80909
(719) 649-9608
CrystalMorgan01@gmail.com

---

### CERTIFICATE OF SERVICE

I CERTIFY that on March 5, 2015, a true and correct copy of this motion was sent to Debtor Jason Huffer via electronic mail to the following address: JDHuffer@LVAALLC.com.

*Crystal Morgan*

Crystal Morgan/Pro Se
1310 Wynkoop Drive
Colorado Springs, CO 80909
(719) 649-9608
CrystalMorgan01@gmail.com