# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

Jason D Huffer,

Debtor.

Bankruptcy Case No. 14-19912 EEB
Chapter 7

## ORDER

THIS MATTER comes before the Court on Motion to Waive Objection Period for Trustee Report ("Motion"), filed by Crystal Morgan. The Court, being otherwise advised, hereby

FINDS that pursuant to Fed R. Bankr. P. 5009(a), the United States Trustee and other parties in interest have thirty days to object to a chapter 7 trustee's final report. This thirty day period allows for the United States Trustee to comply with its supervisory duties under 28 U.S.C. § 586. The Debtor has cited no authority for the proposition that this Court has the discretion to shorten the thirty day period or that there are adequate grounds for doing so in this case. Accordingly, it is hereby

ORDERED that the Motion to Waive Objection Period for Trustee Report is DENIED.

Dated this 11th day of March, 2015.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, Bankruptcy Judge