United States Bankruptcy Court
District of Colorado

In re:                                                                  Case No. 14-19912-EEB
Jason D Huffer                                                          Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: swansonj           Page 1 of 1              Date Rcvd: Mar 11, 2015
                              Form ID: pdf904         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2015.
db           #+Jason D Huffer,    1310 Wynkoop Drive,    Colorado Springs, CO 80909-3244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2015 at the address(es) listed below:
      David M. Serafin    on behalf of Debtor Jason D Huffer david@davidserafinlaw.com
      Kevin P. Kubie    Co28@ecfcbis.com,   ecf@kubielaw.com;kari@kubielaw.com
      US Trustee, 7    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Jason D Huffer,<br><br>Debtor. | Bankruptcy Case No. 14-19912 EEB<br>Chapter 7 |

## ORDER

THIS MATTER comes before the Court on Motion to Waive Objection Period for Trustee Report ("Motion"), filed by Crystal Morgan. The Court, being otherwise advised, hereby

FINDS that pursuant to Fed R. Bankr. P. 5009(a), the United States Trustee and other parties in interest have thirty days to object to a chapter 7 trustee's final report. This thirty day period allows for the United States Trustee to comply with its supervisory duties under 28 U.S.C. § 586. The Debtor has cited no authority for the proposition that this Court has the discretion to shorten the thirty day period or that there are adequate grounds for doing so in this case. Accordingly, it is hereby

ORDERED that the Motion to Waive Objection Period for Trustee Report is DENIED.

Dated this 11th day of March, 2015.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge